GEORGE S. HATCHER, Respondent, *v.* UNITED AMERICAN IRON AND STEEL COMPANY, Appellant.

*Conversion —. measure of damages.*

*Hatcher* v. *United American Iron & Steel Co.*, 192 App. Div. 935, affirmed.

(Submitted October 25, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action of conversion. The complaint alleged that plaintiff was the owner of property consisting of an engine, brick press, steel cars, shift cars, shafting, conveyer, rails and other property used in connection with the manufacture of brick, and that the defendant took and carried it away and converted it to its own use. The defense was that defendant had purchased the property from a third party for value in good faith and without knowledge of any defect in his title or of plaintiff's ownership. The main issue at the trial was upon the question of the value of the property and its condition at the time when the defendant assumed to take possession of it.

*Daniel J. Dugan* for appellant.

*Homer J. Borst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.